UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.C. BEARDSLEE, INC.
a Michigan corporation

        Plaintiff,

-vs-

JAROSLAW ANDRUSYZN, *In Personam,*
and a Certain 1998 50' Sea Ray Motor
Vessel, HIN SERY0345F798, her engines,
tackle, machinery, appurtenances and
apparel, etc., *In Rem.*

        Defendants.
_____/

Case No.   2:08-cv-11890
Honorable:   Patrick J. Duggan

Magistrate:   Michael J. Hluchaniuk

D'LUGE, MILES, MILES & CAMERON P.L.C.
**BRIAN J. MILES (P37186)**
**CHERYL A. CAMERON (P52497)**
Attorneys for Plaintiff
67 N. Walnut
Mt. Clemens, MI 48043
(586) 468-7511; Fax: (586) 468-7049
bmiles@dmmplc.com
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DESIGNATE A NEWSPAPER OF GENERAL CIRCULATION

    This matter, having been brought on before this Honorable Court on Plaintiff's Motion Requesting the Court to Designate a Newspaper of General Circulation Pursuant to Rule C(4) of the Supplemental Rules for Admiralty or Maritime Claims, and the Court having been fully advised in the premises;

    **IT IS HEREBY ORDER** that plaintiff cause to be published in the Macomb Daily the notice required pursuant to Rule C(4) and C(6) of the Supplemental Rules for

Admiralty or Maritime Claims and that 30 days from the date of publication shall be allowed for the filing of a Statement of Interest in the vessel.

s/Patrick J. Duggan  
United States District Judge

May 27, 2008