UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.C. BEARDSLEE, INC.
a Michigan corporation

        Plaintiff,

-vs-

JAROSLAW ANDRUSYZN, *In Personam,*
and a Certain 1998 50' Sea Ray Motor
Vessel, HIN SERY0345F798, her engines,
tackle, machinery, appurtenances and
apparel, etc., *In Rem.*

        Defendants.
_____/

Case No.   2:08-cv-11890
Honorable:  Patrick J. Duggan

Magistrate:  Michael J. Hluchaniuk

D'LUGE, MILES, MILES & CAMERON P.L.C.
**BRIAN J. MILES (P37186)**
**CHERYL A. CAMERON (P52497)**
Attorneys for Plaintiff
67 N. Walnut
Mt. Clemens, MI 48043
(586) 468-7511; Fax: (586) 468-7049
bmiles@dmmplc.com
_____/

## ORDER FOR RELEASE OF VESSEL

Upon receipt of the Authorization for Release of Vessel from arrest, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that a certain 1998 50' Sea Ray motor vessel bearing Hull Identification No. SERY0345F798 be released from the custody of the United States Marshal and the Substitute Custodian, Michigan Harbor Properties located at 24600 Jefferson Avenue, St. Clair Shores, Michigan 48080.

Dated: June 10, 2008

                s/Patrick J. Duggan
                United States District Judge